FRANK E. RHODES v. HOGG & ALLEN, PROFESSIONAL ASSOCIATION, SUCCESSOR TO GREENE, HOGG & ALLEN, PROFESSIONAL ASSOCIATION, AND GLENN L. GREENE, JR.

No. 7423SC290

(Filed 7 August 1974)

APPEAL by plaintiff from *Rousseau, Judge,* 2 November 1973 Session of WILKES County Superior Court.

*McElwee & Hall by T. V. Adams for plaintiff appellant.*

*Hudson, Petree, Stockton, Stockton and Robinson by James H. Kelly, Jr. for defendant appellees.*

CARSON, Judge.

The facts in this case are similar to those reported in the case of *Zimmerman v. Hogg & Allen,* ante 544, the judgment of the trial court is affirmed.

Judge PARKER concurs in result.

Judge VAUGHN dissents.